UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAROLD SIMMONS,

    Plaintiff,

v.                                                Case No:   2:14-cv-390-FtM-29CM

HOUSE OF BREWZ LLC,

    Defendant.
_____

## ORDER

Before the Court is Plaintiff's Amended Motion for Extension of Time to File Plaintiff's Answers to the Court's Interrogatories and Incorporated Memorandum of Law (Doc. 19), filed on October 2, 2014.[1] Plaintiff's Amended Motion includes a certification pursuant to Local Rule 3.01(g) which states that counsel for Plaintiff "attempted to confer with counsel for the Defendant by sending an email to him requesting his position, and also calling his office and speaking with his assistant," but as of the time the Amended Motion was filed she had not yet received a response. Doc. 19 at 2.  Counsel for Plaintiff stated that "[w]hen Defendant's counsel advises of his position, Plaintiff will notify the Court promptly."  *Id.*

Local Rule 3.01(g) specifically states that a statement to the effect that counsel for the moving party attempted to confer with counsel for the opposing party but counsel was unavailable is "insufficient to satisfy the parties' obligation to confer."

---

[1] Plaintiff's Motion for Extension of Time to File Plaintiff's Answers to the Court's Interrogatories and Incorporated Memorandum of Law (Doc. 18) will be denied as moot in light of the amended motion filed at Doc. 19.

M.D. Fla. R. 3.01(g). Plaintiff's Amended Motion will therefore be denied without prejudice to refiling in accordance with the Local Rules.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Plaintiff's Amended Motion for Extension of Time to File Plaintiff's Answers to the Court's Interrogatories and Incorporated Memorandum of Law (Doc. 19) is **DENIED without prejudice**.

2. Plaintiff's Motion for Extension of Time to File Plaintiff's Answers to the Court's Interrogatories and Incorporated Memorandum of Law (Doc. 18) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 3rd day of October, 2014.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record