**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

HAROLD SIMMONS,

      Plaintiff,

CASE NO.:   2:14-cv-00390-JES-CM

vs.

HOUSE OF BREWZ LLC, a Florida
Limited liability company,

      Defendant.                    /

**NOTICE OF INTENT TO WITHDRAW AS COUNSEL**

Pursuant to Fed. R. Civ. P. 74 and M.D. Fla. Local Rule 2.03(b), the undersigned counsel hereby provides notice to all concerned of undersigned's intent to obtain leave from the court to withdraw as counsel in the above-captioned matter on behalf of Plaintiff Harold Simmons. A motion to compel interrogatory responses is the only motion pending, and trial has not yet been set in this matter. A last known address for Plaintiff is 5644 5th Avenue, Ft. Myers, FL 33907. Upon the expiration of ten (10) days after the date of this Notice, the undersigned requests written leave of the Court to withdraw as counsel in this matter.  This Notice is being served today upon Plaintiff at his last known address, as well as upon opposing counsel in this matter. Further, undersigned counsel notified Plaintiff by telephone of her intent to file this Notice. While Plaintiff initially appeared not to oppose counsel's withdrawal, it is not clear to Plaintiff's counsel at this time as to whether Plaintiff consents to his counsel's withdrawal.  Counsel for Defendants has not yet indicated whether Defendant opposes this Motion.

Dated this 6th day of May, 2015.

                Respectfully submitted,

                **/s/ ANGELI MURTHY**
                ANGELI MURTHY, ESQ.
                FL Bar No.: 088758
                MORGAN & MORGAN, P.A.
                600 N. Pine Island Road, Ste. 400
                Plantation, Florida  33324
                Telephone:  954-318-0268
                Facsimile:  954-327-3016
                E-mail: Amurthy@forthepeople.com
                *Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 6, 2015, a true and correct copy of the foregoing has been served via the CM/ECF system to all counsel of record, and has been served by regular and certified U.S. Mail upon Plaintiff, Harold Simmons, at 5644 5th Avenue, Ft. Myers, FL 33907.

/s/ **ANGELI MURTHY**
ANGELI MURTHY, ESQUIRE
FL Bar No.:  88758
MORGAN & MORGAN, P.A.
600 N Pine Island Road, Ste. 400
Plantation, FL 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: Amurthy@forthepeople.com
*Trial Counsel for Plaintiff*