UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HAROLD SIMMONS,

    Plaintiff,

v.                                              Case No: 2:14-cv-390-FtM-29CM

HOUSE OF BREWZ LLC,

    Defendant.

## ORDER

Before the Court is Plaintiff's Motion to Allow Verification of Interrogatories by Unsworn Declaration Under Penalty of Perjury (Doc. 32), filed on April 27, 2015. The motion requests that Plaintiff Harold Simmons be permitted to verify his responses to the Court's interrogatories by unsworn declaration under penalty of perjury pursuant to 28 U.S.C. § 1746, rather than by notary, because Plaintiff lost his driver's license and does not have other photo identification needed to have the responses notarized. The motion states that Defendant opposes the motion. Doc. 32 at 3. No response in opposition was filed, and the time for doing so now has expired. Accordingly, the motion will be granted as unopposed.[1]

---

[1] Even if the Court were to address the merits of the motion, upon review, Plaintiff's argument is well-taken that "requiring Plaintiff to obtain a photo identification that he cannot afford, in order to continue to prosecute, or to avoid sanctions in, a case alleging that Defendants did not pay him owed wages, would result in delay that is contrary to the mandate under Rule 1 that the Court construe the Rules in the interests of efficiency and justice." Doc. 32 at 3 (citing Fed. R. Civ. P. 1). The unsworn declaration complies with the requirements of 28 U.S.C. § 1746, and will be sufficient to verify Plaintiff's Answers under the circumstances presented in this case.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Allow Verification of Interrogatories by Unsworn Declaration Under Penalty of Perjury (Doc. 32) is **GRANTED**. The Court will accept Answers to the Court's Interrogatories that have been verified by Plaintiff under penalty of perjury, pursuant to 28 U.S.C. § 1746, in substantially the same form as that provided to the Court as Exhibit B to Plaintiff's motion (Doc. 32-2).

**DONE** and **ORDERED** in Fort Myers, Florida on this 27th day of May, 2015.

*/s/ Carol Mirando*
CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record