```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

HAROLD SIMMONS,

       Plaintiff,

v.                                              Case No: 2:14-cv-390-FtM-29CM

HOUSE OF BREWZ LLC, a Florida Limited liability company,

       Defendant.

_____

### **ORDER OF DISMISSAL**

    This matter is before the Court on review of the docket. On June 30, 2015, the Magistrate Judge issued an Order (Doc. #48) permitting counsel for plaintiff to withdraw, and providing plaintiff a deadline to retain new counsel or notify the Court of his intent to proceed *pro se*. On August 4, 2015, after finding no response or appearance by or on behalf of plaintiff, the Magistrate Judge issued an Order to Show Cause (Doc. #49) directing plaintiff to show cause why he failed to comply with the June 30, 2015 Order (Doc. #48), and why the case should not be dismissed for failure to prosecute. On August 19, 2015, the Clerk made a notation that mail was returned as undeliverable and not resent to plaintiff Harold Simmons. On the same day, the Magistrate Judge issued a Report and Recommendation (Doc. #50) recommending that

the case be dismissed without prejudice for failure to prosecute, noting that plaintiff's failure to respond was not a surprise as he is a fugitive from justice in an unrelated state court criminal case. (Doc. #50, p. 3 n.2.) On August 24, 2015, the Clerk made a notation that mail was again returned as undeliverable and not resent.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge. In light of the inability to communicate with plaintiff, the Court finds that the case is immediately subject to dismissal.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. #50) is hereby **adopted** and the findings incorporated herein.

2. The Clerk shall enter judgment dismissing the case without prejudice for failure to prosecute, terminate all pending motions and deadlines, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of August, 2015.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Carol Mirando
United States Magistrate Judge

Counsel of Record
Unrepresented parties